B6G (Official Form 6G) (12/07)

In re:   **The Big Whale, LLC**                                    ,          Case No. _____
                                    Debtor                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

q  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Alice Waraxa & Thomas Weitenbeck<br>437 E. Dover St.<br>Milwaukee, WI 53207 | **Residential Lease**<br>**Term: 7/1/10 - 7/1/11** |
| Alyssa Sanitago, Alexandra Hawley & Stephanie Anderson<br>2834A N. Bremen St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>**Term: 8/1/10 - 8/1/11** |
| Amanda Baus<br>3875 S. Clement Ave. #10<br>Milwaukee, WI 53207 | **Residential Lease**<br>**Term: 8/15/09 - 8/1/11** |
| Amber Krueger & Douglas Jansen<br>1859 N. Warren Ave.<br>Milwaukee, WI 53202 | **Residential Lease**<br>**Term: 6/1/10 - 6/1/11** |
| Amie Azad & Andrew Azad<br>1627 E. Belleview Pl.<br>Milwaukee, WI 53211 | **Residential Lease**<br>**Term: 6/1/09 - Month to Month** |
| Amy Erfurth & Carrie Jennerjohn<br>3875 S. Clement Ave. #4<br>Milwaukee, WI 53207 | **Residential Lease**<br>**Term: 12/27/10 - Month to Month** |
| Amy Rabe<br>3875 S. Clement Ave. #5<br>Milwaukee, WI 53207 | **Residential Lease**<br>**Term: 8/1/10 - 8/1/11** |
| Andrew & Vicki Connors<br>2627 N. Bartlett Ave.<br>Milwaukee, WI 53211 | **Residential Lease**<br>**Term: 8/1/97 - Month to Month** |

In re:  **The Big Whale, LLC**                              ,   Case No. _____
                              Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Andrew Novak**<br>3017 N. Humboldt Ave. #4<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 5/1/06 - Month to Month |
| **Andrew Simons**<br>2620 N. Weil St. #2<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 5/1/10 - 5/1/11 |
| **Andrew Wiech, Ryan Pergola &**<br>**Lindsay Sprengler**<br>3017 N. Humboldt Blvd. #2<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 8/1/10 - 8/1/11 |
| **Andy McGuire & Jacob Feiring**<br>2624 N. Fratney St. #4<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 9/1/09 - Month to Month |
| **Andy Parman & Monica Yee**<br>2543A S. Graham St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 5/15/09 - Month to Month |
| **Andy Plier**<br>3023A N. Bremen St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 3/15/11 - 9/1/11 |
| **Angelo Glorioso**<br>1117A E. Potter Ave.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 5/1/09 - Month to Month |
| **Anna Streufert**<br>2337 N. 65th St.<br>Milwaukee, WI 53213 | **Residential Lease**<br>Term: 1/28/11 - 10/1/11 |

B6G (Official Form 6G) (12/07) -Cont.

In re: __The Big Whale, LLC_____,  Case No. _____
                              **Debtor**                                                               **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Annalise Morkri**<br>1010C E. Clarke St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 3/15/11 - 4/1/12 |
| **Ashley Brodbeck & Eric Shneyder**<br>1010B E. Clarke St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 4/15/10 - 5/1/11 |
| **Austin Jackson, Blaine Lewis &**<br>**Bryan Weber**<br>1702 E. Belleview Pl.<br>Milwaukee, WI 53211 | **Residential Lease**<br>Term: 2/1/10 - Month to Month |
| **Becky Hill**<br>2632A S. Pine St.<br>Milwaukee, WI 53219 | **Residential Lease**<br>Term: 11/1/08 - Month to Month |
| **Ben Richardson, Mike Fitzgibbons &**<br>**Brendan Creed**<br>2188 S. Robinson Ave. #1<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 6/1/10 - 6/1/11 |
| **Bill Boelk, Zachary Holyszko &**<br>**Alex Elert**<br>1581 N. Warren Ave.<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 7/1/09 - 7/1/11 |
| **Brandon Ardnt, Ryan Shaw &**<br>**Matt Pappas**<br>1627A E. Belleview Pl.<br>Milwaukee, WI 53211 | **Residential Lease**<br>Term: 6/15/09 - Month to Month |
| **Brian Micech & Christina Martinez**<br>2188 S. Robinson Ave. #3<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 7/1/10 - 7/1/11 |

In re:   **The Big Whale, LLC**                             ,   Case No.   _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Cara Ogburn & Erik Chandler**<br>**1117 E. Potter Ave.**<br>**Milwaukee, WI 53212** | **Residential Lease**<br>**Term: 8/1/07 - Month to Month** |
| **Cassandra Smith & Jacob Peterson**<br>**2434 S. Burrell St.**<br>**Milwaukee, WI 53207** | **Residential Lease**<br>**Term: 8/21/10 - 8/1/11** |
| **Chris Conrad, Eric Schultz &**<br>**Adam Klarner**<br>**2834 N. Bremen St.**<br>**Milwaukee, WI 53212** | **Residential Lease**<br>**Term: 7/15/06 - Month to Month** |
| **Christina Wright**<br>**1579A N. Warren Ave.**<br>**Milwaukee, WI 53207** | **Residential Lease**<br>**Term: 8/1/10 - 8/1/11** |
| **Courtney Perkins & Keyre Shafer**<br>**4908 W. Oklahoma Ave.**<br>**Milwaukee, WI 53211** | **Residential Lease**<br>**Term: Month to Month** |
| **Craig Hanson & Rachel Hahn**<br>**2543 S. Graham St.**<br>**Milwaukee, WI 53212** | **Residential Lease**<br>**Term: 6/1/09 - Month to Month** |
| **Daisy Grochowski**<br>**1656 N. Warren Ave. #3**<br>**Milwaukee, WI 53202** | **Residential Lease**<br>**Term: 3/1/08 - Month to Month** |
| **Dalton, Schiebel, Cody Wittman &**<br>**Alan Kelly**<br>**2608 N. Bartlett Ave.**<br>**Milwaukee, WI 53211** | **Residential Lease**<br>**Term: 11/1/09 - 8/1/11** |

In re:     __The Big Whale, LLC_____,     Case No.     _____
                         **Debtor**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Daniel Goodale & Maggie Goodale**<br>1010A E. Clarke St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 9/1/09 - Month to Month |
| **David & Casey Rudey**<br>3875 S. Clement Ave. #9<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 8/1/09 - 8/1/10 |
| **David Erickson & DJ Erickson**<br>2432 S. Burrell St.<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 11/15/09 - Month to Month |
| **Debra Powers**<br>2861 S. Ellen St.<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 11/1/09 - Month to Month |
| **Elizabeth Thiel & Renn Kuhnen**<br>2754A N. Bremen St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 6/1/10 - 6/1/11 |
| **Emily Kennedy**<br>2850A N. Bremen St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 5/1/10 - 5/1/11 |
| **Emily Kohl & Kim Carbon**<br>1645A N. Franklin Pl.<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 7/1/10 - 7/1/11 |
| **Evan Truex**<br>1815A N. Humboldt Ave.<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 7/1/06 - Month to Month |

In re: __The Big Whale, LLC_____, Case No. _____
                                         Debtor                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Geralyn Cera & Aaron Schuster**<br>307 E. Montana St.<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 9/1/07 - Month to Month |
| **Graham Hoppe & Joe Scheibe**<br>2940A N. Maryland Ave.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 6/1/10 - 6/1/11 |
| **Helen DeNomie**<br>3875 S. Clement Ave. #1<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 8/1/10 - 8/1/11 |
| **Isaac Rosenthal**<br>1859A N. Warren Ave.<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 5/1/09 - 5/1/10 |
| **Jacob Brehm & Nathan Soeth**<br>2624 N. Fratney St. #1<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 9/1/10 - 9/1/11 |
| **Jacob Lindner, Eliot Sell &**<br>**Nicholas Bradshaw**<br>2752 N. Bremen St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 6/1/10 - 6/1/11 |
| **James Spoden, John Lee &**<br>**Mark Brennan**<br>1700 E. Belleview Pl.<br>Milwaukee, WI 53211 | **Residential Lease**<br>Term: 6/1/09 - Month to Month |
| **Jami Drexler & Alexander Bednall**<br>2335 N. 65th St.<br>Milwaukee, WI 53213 | **Residential Lease**<br>Term: 3/1/11 - 8/1/11 |

B6G (Official Form 6G) (12/07) -Cont.

In re:   **The Big Whale, LLC**                                     ,        Case No.   _____
                             **Debtor**                                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Jamie Burns, Carlie Burns & Michael Kempen**<br>**1579 N. Warren Ave.**<br>**Milwaukee, WI 53207** | **Residential Lease**<br>**Term: 8/1/10 - 8/1/11** |
| **Jamie Scott & Regan Roehl**<br>**1654 N. Warren Ave.**<br>**Milwaukee, WI 53202** | **Residential Lease**<br>**Term: Month to Month** |
| **Jared Simons & Jennifer Kohut**<br>**2859 S. Ellen St.**<br>**Milwaukee, WI 53207** | **Residential Lease**<br>**Term: 5/1/10 - Month to Month** |
| **Jason Griffin & Jared Boston**<br>**1857A N. Warren Ave.**<br>**Milwaukee, WI 53202** | **Residential Lease**<br>**Term: 6/1/06 - Month to Month** |
| **Jason Kirkpatrick & Jason Fields**<br>**437A E. Dover St.**<br>**Milwaukee, WI 53207** | **Residential Lease**<br>**Term: 7/1/07 - Month to Month** |
| **Jaymar Childs**<br>**3017 N. Humboldt Blvd. #1**<br>**Milwaukee, WI 53207** | **Residential Lease**<br>**Term: 4/1/09 - Month to Month** |
| **Jesseve (Eve) Payad**<br>**3875 S. Clement Ave. #3**<br>**Milwaukee, WI 53207** | **Residential Lease**<br>**Term: 9/1/09 - 9/1/11** |
| **Jim & Marilyn Datthyn**<br>**2449 N. Fratney St.**<br>**Milwaukee, WI 53202** | **Residential Lease**<br>**Term: Month to Month** |

In re: __The Big Whale, LLC__ ,   Case No. _____
                         Debtor                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Jim Schoenecker**<br>3875 S. Clement Ave. #11<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 3/1/11 - Month to Month |
| **Jimmie McIntyre**<br>2943 N. Fratney St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 10/1/09 - Month to Month |
| **Joel Johnson & Steve Johnson**<br>2425 S. Howell Ave.<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 9/1/07 - Month to Month |
| **Joel Richardson & Sarah Shestak**<br>3875 S. Clement Ave. #16<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 6/15/10 - 7/1/11 |
| **John Paulson & Jackielee Derks**<br>2625 S. Howell Ave.<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 9/1/10 - 9/1/11 |
| **Jordan Waly**<br>3134A S. Hanson Ave.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 4/1/10 - Month to Month |
| **Justin Engelbart & Hansem Castillo**<br>3114 N. Newhall St.<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 7/1/10 - 7/1/11 |
| **Kaila Binger, Noah Trilling &**<br>**Rick Penaloza**<br>2754 N. Bremen St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 9/1/09 - Month to Month |

In re:   **The Big Whale, LLC**                              ,   Case No.   _____
                                  Debtor                                                   (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Katie Friese & Allison Byrne**<br>3114A N. Newhall St.<br>Milwaukee, WI 53211 | **Residential Lease**<br>Term: 6/1/09 - Month to Month |
| **Kayla Wallace**<br>2869 N. Weil St. #2<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 1/8/11 - Month to Month |
| **Keetah Smith**<br>2427 S. Howell Ave.<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 1/1/06 - Month to Month |
| **Kelly Janiszewski & Matthew Lyman**<br>3134 S. Hanson Ave.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 11/1/10 - Month to Month |
| **Kendra Thiel & Andrew Kuhnmuench**<br>1712A. E. Belleview Pl.<br>Milwaukee, WI 53211 | **Residential Lease**<br>Term: 6/1/10 - 6/1/11 |
| **Kim Sullivan & Derrick Henry**<br>2620 N. Weil St. #1<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 5/1/08 - 6/1/11 |
| **Kyle Reid, Sam Kahle & Kevin Kobinsky**<br>2940 N. Maryland Ave.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 6/1/10 - 6/1/11 |
| **Kyle Reno, Heather Farr & Haley Rogowski**<br>2188 S. Robinson Ave. #4<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 5/1/08 - Month to Month |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **The Big Whale, LLC** ,  Case No. _____
                            Debtor                                            (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Lauren Janka**<br>1645 N. Franklin Pl.<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 7/15/10 - 7/1/11 |
| **Lauren Rubin, Amanda Schaffner &**<br>**Ben Wilde**<br>2526 N. Pierce St.<br>Milwaukee, WI 53219 | **Residential Lease**<br>Term: 8/1/10 - 8/1/11 |
| **Leanne Faux-Faris**<br>2449A N. Fratney St.<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 3/5/10 - 4/1/11 |
| **Liz Ramirez**<br>4910 W. Oklahoma Ave. #4<br>Milwaukee, WI 53219 | **Residential Lease**<br>Term: 3/15/09 - 4/1/10 |
| **Luke Van Der Puy, Zach Van Der Puy,**<br>**Patrick Gahan & Emily Hartman**<br>3035 N. Pierce St.<br>Milwaukee, WI 53219 | **Residential Lease**<br>7/29/10 - 8/1/11 |
| **Maggie Tielker**<br>1656 N. Warren Ave. #2<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 3/1/11 - 8/1/11 |
| **Mark Musa**<br>3875 S. Clement Ave. #8<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 8/15/09 - 8/1/11 |
| **Marvin Patterson**<br>4910 W. Oklahoma Ave. #3<br>Milwaukee, WI 53211 | **Residential Lease**<br>Term: 3/15/09 - 4/1/10 |

In re: __The Big Whale, LLC__ , Case No. _____
                       Debtor                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mary & Noe Echeverria<br>4910 W. Oklahoma Ave. #2<br>Milwaukee, WI 53211 | Residential Lease<br>Term: 4/1/09 - 4/1/10 |
| Mary Goodale & Nick Clementi<br>1010 E. Clarke St.<br>Milwaukee, WI 53212 | Residential Lease<br>Term: 10/1/07 - Month to Month |
| Mary Johnston & Andrew Crawford<br>1712 E. Belleview Pl.<br>Milwaukee, WI 53211 | Residential Lease<br>Term: 4/15/10 - 5/1/11 |
| Mary Shapiro & James Weinstock<br>3875 S. Clement Ave. #2<br>Milwaukee, WI 53207 | Residential Lease<br>Term: 1/1/10 - 5/1/11 |
| Matt Chiconas<br>1656 N. Warren Ave. #4<br>Milwaukee, WI 53202 | Residential Lease<br>Term: Month to Month |
| Matt Szelflinski<br>2869 N. Weil St. #4<br>Milwaukee, WI 53212 | Residential Lease<br>Term: 5/1/09 - 5/1/11 |
| Melissa Brower<br>1643 N. Franklin Pl.<br>Milwaukee, WI 53202 | Residential Lease<br>Term: 2/1/10 - Month to Month |
| Michael Bouwkamp, Liza Pflugoft &<br>Mic Makalinao<br>2632 S. Pine St.<br>Milwaukee, WI 53219 | Residential Lease<br>Term: 8/1/08 - Month to Month |

In re:   **The Big Whale, LLC**                                                ,   Case No.   _____
                                    Debtor                                                                                           **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Mike Conti & Alex Lewis**<br>**2620 N. Weil St. #3**<br>**Milwaukee, WI 53212** | **Residential Lease**<br>**Term: 8/1/08 - 4/1/11** |
| **Mike Strand**<br>**2943A N. Fratney St.**<br>**Milwaukee, WI 53212** | **Residential Lease**<br>**Term: 3/1/11 - 3/1/12** |
| **Natasha Agnew**<br>**2620 N. Weil St. #4**<br>**Milwaukee, WI 53202** | **Residential Lease**<br>**Term: 10/1/08 - 9/1/11** |
| **Neal Frickson & Marc Leitner**<br>**1857 N. Warren Ave.**<br>**Milwaukee, WI 53202** | **Residential Lease**<br>**Term: 6/1/10 - 6/1/11** |
| **Nicholas Dalzell & Rikke Spanner**<br>**2624 N. Fratney St. #3**<br>**Milwaukee, WI 53212** | **Residential Lease**<br>**Term: 9/1/10 - 6/1/11** |
| **Nilsa Velez**<br>**3875 S. Clement Ave. #14**<br>**Milwaukee, WI 53207** | **Residential Lease**<br>**Term: 8/1/10 - 8/1/11** |
| **Pam Krauska & Tim Hoff**<br>**1815 N. Humboldt Ave.**<br>**Milwaukee, WI 53207** | **Residential Lease**<br>**Term: 7/1/07 - Month to Month** |
| **Paul Stimpson, Vinnie DiFonzo &**<br>**Adam Fisher**<br>**1745 N. Franklin Pl.**<br>**Milwaukee, WI 53202** | **Residential Lease**<br>**Term: 6/1/10 - 6/1/11** |

In re:  **The Big Whale, LLC**                                  ,   Case No.  _____
                              Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Prisma Davalos**<br>2869 N. Weil St. #5<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 6/15/10 - 6/1/11 |
| **Rebecca Kellogg**<br>3875 S. Clement Ave. #7<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 11/1/09 - 9/1/10 |
| **Rebecca Moravec**<br>3875 S. Clement Ave. #6<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 9/1/09 - 9/1/10 |
| **Renee & Patrick Cook**<br>2627 S. Howell Ave.<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: Month to Month |
| **Renee Smith**<br>3875 S. Clement Ave. #15<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 8/1/10 - 8/1/11 |
| **Richard & Jennifer Lockwood**<br>3875 S. Clement Ave. #13<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 12/1/09 - Month to Month |
| **Rita Pautch**<br>2752 S. Austin St.<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 8/1/10 - Month to Month |
| **Rodrequize Rhodman**<br>2624 N. Fratney St. #2<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 8/1/08 - Month to Month |

In re: __The Big Whale, LLC_____,     Case No. _____
                              Debtor                                                                         (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ryan Sura & Amanda Schabowski**<br>3875 S. Clement Ave. #12<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 9/1/10 - 9/1/11 |
| **Samantha Olson & Aaron Bethke-Shoemaker**<br>1323 E. Kane Pl.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 7/1/09 - Month to Month |
| **Samuel Weber**<br>1656 N. Warren Ave. #1<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 7/1/10 - 7/1/11 |
| **Sara & Anna Schueneman**<br>3017 N. Humboldt Ave. #3<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 8/1/10 - 8/1/11 |
| **Sarah Gore & Chris Low**<br>2566 N. Newhall St.<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: Month to Month |
| **Seth Spaude, Michael Shields &**<br>**David Brown**<br>1743 N. Franklin Pl.<br>Milwaukee, WI 53202 | **Residential Lease**<br>Term: 6/1/09 - Month to Month |
| **Stephanie Padilla**<br>4910 W. Oklahoma Ave. #5<br>Milwaukee, WI 53219 | **Residential Lease**<br>Term: 2/15/09 - Month to Month |
| **Stephanie Stephens**<br>1555 N. 48th St.<br>Milwaukee, WI 53208 | **Residential Lease**<br>Term: 10/1/09 - Month to Month |

In re: __The Big Whale, LLC__ , Case No. _____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Stephanie Vanucci & Eric Frank**<br>2188 S. Robinson Ave. #2<br>Milwaukee, WI 53207 | **Residential Lease**<br>Term: 2/1/11 - 8/1/11 |
| **Storm Dohmeier &**<br>**Meghan Beatty-Dohm**<br>1327 E. Kane Pl.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 11/1/11 - Month to Month |
| **Teneaka Murray**<br>1557 N. 48th St.<br>Milwaukee, WI 53208 | **Residential Lease**<br>Term: 9/1/07 - Month to Month |
| **Troy Potter**<br>2869 N. Weil St. #3<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 7/1/09 - 7/1/10 |
| **Tyrone Daniels**<br>4910 W. Oklahoma Ave. #1<br>Milwaukee, WI 53211 | **Residential Lease**<br>Term: 9/1/10 - 9/1/11 |
| **Vern Lagoo**<br>3023 N. Bremen St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: Month to Month |
| **Victor Buell, Nathan Toth &**<br>**John Larkin**<br>2850B N. Bremen St.<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 6/1/10 - 6/4/11 |
| **Whitney Stalker**<br>2869 N. Weil St. #1<br>Milwaukee, WI 53212 | **Residential Lease**<br>Term: 3/2/10 - 9/1/10 |

**B6G (Official Form 6G) (12/07) -Cont.**

In re:   **The Big Whale, LLC**                                ,   Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Will Penton, Quinn Cory & Josh Choe**<br>**2629 N. Bartlett Ave.**<br>**Milwaukee, WI 53211** | **Residential Lease**<br>**Term: 8/1/10 - 8/1/11** |
| **William (Al) Kraemer**<br>**2850 N. Bremen St.**<br>**Milwaukee, WI 53212** | **Residential Lease**<br>**Term: 9/1/10 - 9/1/11** |